# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>DOES 1–25,<br><br>   *Defendants.* | Civil Action No.: |

### MOTION TO FILE APPENDIX A UNDER SEAL
### AND REDACT CERTAIN IDENTIFYING INFORMATION

  Plaintiff Google LLC ("Google") by and through undersigned counsel, hereby moves this Court under Federal Rule of Civil Procedure 5.2(d)–(e) to enter an order granting it leave to (1) file Appendix A to the Naxo Declaration in Support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause ("Appendix A") under seal and redact references thereto until Google effectuates its proposed disruption plan; and (2) redact information identifying its declarants to protect those individuals' privacy interests and prevent harassment or retaliation from the Defendants. Filing Appendix A under seal is necessary to preserve Google's ability to seek effective injunctive relief and prevent further harm caused by the Defendants. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: November 12, 2025                    Respectfully submitted,

/s/ *Laura Harris*
Laura Harris
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Fl.
New York, NY 10104-0101
Tel: (212) 556-2100
Fax: (212) 556-2222
lharris@kslaw.com

Christine M. Carletta
**KING & SPALDING LLP**
1700 Pennsylvania Ave., NW, Suite 900
Washington, DC 20006-4707
Tel: (202) 737-0500
Fax: (202) 626-3737
ccarletta@kslaw.com

Sumon Dantiki (*pro hac vice* to be submitted)
**BAKER MACKENZIE LLP**
815 Connecticut Avenue, N.W.
Washington, DC 20006
Tel: (202) 452-7000
Fax: (202) 452 7074
sumon.dantiki@bakermckenzie.com

*Counsel for Plaintiff Google LLC*