UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>DOES 1–25,<br><br>    *Defendants.* | Civil Action No.: |

**MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER
AND ORDER TO SHOW CAUSE**

Plaintiff Google LLC ("Google"), by and through undersigned counsel, hereby moves this Court to enter an *ex parte* temporary restraining order and an order to show cause against Doe Defendants 1–25, in accordance with Federal Rule of Civil Procedure 65. The proposed order is necessary to prevent Google, its users, and the public from suffering further and irreparable harm because of Defendants' acts. The grounds for this motion and order are set forth in the accompanying memorandum of law.

Dated: November 12, 2025	Respectfully submitted,

/s/ *Laura Harris*

Laura Harris
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Fl.
New York, NY 10104-0101
Tel: (212) 556-2100
Fax: (212) 556-2222
lharris@kslaw.com

Christine M. Carletta
**KING & SPALDING LLP**
1700 Pennsylvania Ave., NW, Suite 900
Washington, DC 20006-4707
Tel: (202) 737-0500
Fax: (202) 626-3737
ccarletta@kslaw.com

Sumon Dantiki (*pro hac vice* to be submitted)
**BAKER MACKENZIE LLP**
815 Connecticut Avenue, N.W.
Washington, DC 20006
Tel: (202) 452-7000
Fax: (202) 452 7074
sumon.dantiki@bakermckenzie.com

*Counsel for Plaintiff Google LLC*