# Appendix B

# Appendix B
## Lighthouse Phishing Templates[1]



| Official Link | https://doordash.com/ | https://id.me/ | https://ups.com/ | https://www.moomoo.com/us |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |

| Official Link | https://www.e-zpassny.com/ | http://dot.alaska.gov/ | https://dot.alaska.gov/ | https://azdot.gov/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |

---

[1] For certain brands, Lighthouse contains multiple templates that look similar, but each template is distinct. There are several ways templates that appear the same may function differently. For example, one template for a brand may prompt targets to verify their credit card information or provide multi-factor authentication codes, while others do not prompt verification. For some brands, the different templates ask for different information.

| Official Link | https://dmvonline.itd.idaho.gov/ | https://dmvonline.itd.idaho.gov/ | https://dot.nebraska.gov/ | https://ksturnpike.com/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://mva.maryland.gov/Pages/default.aspx | https://dot.sd.gov/ | https://dot.sd.gov/ | https://mdot.ms.gov |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://mygoodtogo.com/ | https://thetollroads.com/ | https://vtrans.vermont.gov/ | https://wisconsindot.gov/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://wisconsindot.gov/ | https://www.capitalone.com/ | https://www.chase.com/ | https://www.dot.nd.gov/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



3

| Official Link | https://www.dot.nd.gov/ | https://www.dot.state.mn.us/ | https://www.dot.state.mn.us/ | https://www.dot.state.wy.us/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.driveks.com/ | https://www.expresstoll.com/ | https://www.expresstoll.com/ | https://www.getipass.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.hcdistrictclerk.com/ | https://www.hctra.org/ | https://www.maineturnpike.com/ | https://www.michigan.gov/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.michigan.gov/ | https://www.myktag.com/ | https://www.nevadadot.com/ | https://www.ntta.org/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.ntta.org/ | https://www.ohioturnpike.org/ | https://www.ohioturnpike.org/ | https://www.pikepass.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.pikepass.com/ | https://www.tn.gov/ | https://us.etrade.com/ | http://www.parkingticket.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://allpaid.com/ | https://ardot.gov/ | https://ardot.gov/ | https://bankofamerica.com/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://bankofamerica.com/ | https://bestpass.com/ | https://bmv.ohio.gov/ | https://card.apple.com/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://deldot.gov/ | https://dmv.colorado.gov/ | https://dmv.de.gov/ | https://doordash.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | |  | | |

| Official Link | https://dot.nebraska.gov/ | https://dps.mn.gov/ | https://driveezmd.com/ | https://driveezmd.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | |  | | |

| Official Link | https://es.usps.com/ | https://getipass.com/ | https://hidot.hawaii.gov/ | https://investor.vanguard.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://iowadot.gov/ | https://iowadot.gov/ | https://ladot.lacity.gov/ | https://peachpass.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |







| Official Link | https://southernconnector.com/ | https://southernconnector.com/ | https://tradingblock.com/ | https://ujsportal.pacourts.us/ |
|---|---|---|---|---|
| Phishing Template Thumbnail |  | | | |

| Official Link | https://wsdot.wa.gov/ | https://wvegov.com/ | https://www.aig.com/ | https://www.ally.com/invest/ |
|---|---|---|---|---|
| Phishing Template Thumbnail |  | | | |

| Official Link | https://www.amazon.com/ | https://www.amazon.com/ | https://www.amazon.com/ | https://www.americanexpress.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.apple.com/ | https://www.atlantaga.gov/ | https://www.bayareafastrak.org/ | https://www.bayareafastrak.org/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |





| Official Link | https://www.bayareafastrak.org/ | https://www.bayareafastrak.org/ | https://www.ca.gov/ | https://www.chicago.gov/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.citi.com/ | https://www.citibank.com/ | https://www.columbus.gov/ | https://www.denvergov.org/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |

| Official Link | https://www.dmv.ca.gov/ | https://www.dot.nm.gov/ | https://www.dot.nv.gov/ | https://www.dot.state.al.us/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.dot.state.al.us/ | https://www.dot.state.nm.us/ | https://www.expresslanes.com/ | https://www.ezcourtpay.com/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.ezdrivema.com/ | https://www.ezdrivema.com/ | https://www.e-zpassiag.com/ | https://www.e-zpassiag.com/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.e-zpassiag.com/ | https://www.ezpassnh.com/ | https://www.ezpassnj.com/ | https://www.e-zpassny.com/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.e-zpassny.com/ | https://www.ezpassritba.com/ | https://www.ezpassritba.com/ | https://www.ezpassva.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.fastloanadvance.com/ | https://www.fedex.com/ | https://www.fidelity.com/ | https://www.fidelity.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.flhsmv.gov/ | https://www.floridajobs.org/ | https://www.geauxpass.com/ | https://www.hctra.org/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.illinois.gov/ | https://www.in.gov/bmv | https://www.interactivebrokers.com/ | https://www.ksdot.gov/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.ksdot.gov/ | https://www.maineturnpike.com/ | https://www.maineturnpike.com/ | https://www.marcus.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.marcus.com/ | https://www.marcus.com/ | https://www.mass.gov/ | https://www.mass.gov/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.mastercardservices.com/ | https://www.mdt.mt.gov/ | https://www.mdt.mt.gov/ | https://www.merrilledge.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.michigan.gov/taxes | https://www.modot.org/ | https://www.ncdot.gov/dmv/Pages/default.aspx | https://www.ncquickpass.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |









| Official Link | https://www.oregon.gov/ | https://www.pa.gov/ | https://www.paturnpike.com/ | https://www.paturnpike.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.peachpass.com/ | https://www.peachpass.com/ | https://www.phila.gov/zh/services/payments-assistance-taxes/taxes/refunds/ | https://www.schwab.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |

| Official Link | https://www.schwab.com/ | https://www.sunpass.com/ | https://www.sunpass.com/ | https://www.tiktok.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.tn.gov/ | https://www.tollroadsinvirginia.com/ | https://www.tradeup.com/ | https://www.txdmv.gov/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



22





| Official Link | https://www.utah.gov/ | https://www.vdot.virginia.gov/ | https://www.webull.com/ | https://www.wellsfargo.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.wsdot.wa.gov/ | https://www.wsdot.wa.gov/ | https://jp.trip.com/ | https://laposte.ci.post/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.binance.com/ja | https://www.bybit.com/ja-JP/ | https://www.etoro.com/ | https://www.jal.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail |  | | | |

| Official Link | https://www.jal.com/ | https://www.kyash.co/ | https://www.moomoo.com/my | https://www.moomoo.com/sg |
|---|---|---|---|---|
| Phishing Template Thumbnail |  | | | |

| Official Link | https://www.uber.com/ | https://israelpost.co.il/ | https://mflowthai.com/mflow/ | https://www.ais.th/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.bkash.com/en | https://www.dukhanbank.com/ | https://www.emag.hu/ | https://www.estafeta.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.mauritiuspost.mu/ | https://www.noon.com/ | https://www.pnc.com/en/personal-banking.html | https://www.pochta.ru/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.pos.com.my/ | https://www.postacg.me/ | https://www.salik.ae/ | https://www.vietcombank.com.vn/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://cdn.prod.website-files.com/ | https://coin.z.com/jp/ | https://libyapost.ly/ | https://onemotoring.lta.gov.sg/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://risorse.tim.it/ | https://splonline.com.sa/ | https://track.bpost.cloud/ | https://www.absher.sa/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.arabbank.com/ | https://www.aramex.com/ae/en | https://www.au.com/ | https://www.au.com/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.autopistas.com/ | https://www.azerpost.az/ | https://www.bipandgo.com/ | https://www.bunnings.com.au/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |







| Official Link | https://www.dpd.com/ | https://www.elta.gr/ | https://www.haypost.am/ | https://www.icbc.com/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.indiapost.gov.in/ | https://www.mobily.com.sa/ | https://www.movistar.com.ec/ | https://www.optus.com.au/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



31

| Official Link | https://www.popular.com/ | https://www.posta.hr/ | https://www.poste.it/ | https://www.posti.fi/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.rogers.com/ | https://www.telefonica.com/ | https://www.telekom.si/ | https://www.tepco.co.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.tigo.com.co/ | https://www.touchngo.com.my/ | https://www.ukrposhta.ua/ | https://www.vodacom.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://a30express.com/ | https://amendes.gouv.fr/fr/tai | https://at.govt.nz/ | https://aupay.auone.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://aupay.auone.jp/ | https://auspost.com.au/ | https://auspost.com.au/ | https://auspost.com.au/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://auspost.com.au/ | https://bdpost.portal.gov.bd/ | https://bgpost.bg/ | https://bitflyer.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://book.gorewards.com.ph/ | https://botswanapost.post/ | https://c.ekstatic.net/ | https://cambodiapost.com.kh/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** |  | | | |

| Official Link | https://cartaocontinente.pt/ | https://conavi.go.cr/ | https://correoparaguayo.gov.py/ | https://correos.go.c/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** |  | | | |

| Official Link | https://correos.go.c/ | https://correosytelegrafos.civ.gob.gt/ | https://darb.qmobility.ae/ | https://debit.bk.mufg.jp/p/login/RW0312010001 |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://egyptpost.gov.eg/ | https://ep.gov.pk/ | https://es.adpolice.gov.ae/ | https://famipay.famidigi.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |





| Official Link | https://glovoapp.com/en | https://gls-group.com/HU/en/home/?utm_source=chatgpt.com | https://gmo-aozora.com/ | https://gmo-aozora.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://guypost.gy/ | https://hometrade.nomura.co.jp/ | https://honducor.gob.hn/ | https://htm.sf-express.com/hk/tc/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |

| Official Link | https://inposdom.gob.do/ | https://inpost.pl/ | https://itaubeneficios.cl/ | https://jamaicapost.gov.jm/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://jamaicapost.gov.jm/ | https://jordanpost.com.jo/ | https://jp.match.com/ | https://jp.mercari.com/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://jp.mercari.com/ | https://jtexpress.my/ | https://kcell.kz/ | https://kuwaitpost.moc.gov.kw/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://lto.gov.ph/ | https://marketplace.qantas.com/au | https://members.tokyo-gas.co.jp/ | https://mot.gov.sa/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://mts.rs/ | https://my.paidy.com/ | https://mydhl.express.dhl/ | https://new.gcash.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://nipost.gov.ng/ | https://novascotia.ca/sns/rmv/ | https://nzcouriers.co.nz/ | https://nzta.govt.nz/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://one.nz/ | https://pasts.lv/ | https://paypay.ne.jp/ | https://paypay.ne.jp/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://phlpost.gov.ph/ | https://portal.moi.gov.qa/ | https://post.kg/language/ru/main/ | https://post.kz/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://post.li/ | https://post.tm/ | https://posta.co.ke/ | https://postandparcel.info/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://postnl.post/ | https://posturinn.is/ | https://primax.com.ec/ | https://qatarpost.qa/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://qazpost.kz/ | https://rastreamento.correios.com.br/ | https://rmkcdn.successfactors.com/ | https://sab.sa-points.top/asb/home.html |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://secure.eflow.ie/ | https://shopee.co.th/ | https://shopee.ph/ | https://slpost.gov.lk/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://smart.com.ph/ | https://smart-ex.jp/top.php | https://store.maxis.com.my/ | https://telepase.com.ar/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://tilang.kejaksaan.go.id/info | https://tscubic.com/ | https://tscubic.com/ | https://ttpost.net/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://viettelpost.com.vn/ | https://vietteltelecom.vn/ | https://web2.ib.mizuhobank.co.jp/ | https://wordpress.org/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://wordpress.org/ | https://wordpress.org/ | https://www.407etr.com/ | https://www.4-72.com.co/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |







| Official Link | https://www.amazon.co.jp/ | https://www.amazon.co.jp/ | https://www.amazon.co.jp/ | https://www.amazon.co.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.amazon.co.jp/ | https://www.amazon.co.jp/ | https://www.amazon.co.jp/ | https://www.amazon.co.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.amazon.co.jp/ | https://www.amazon.co.jp/ | https://www.amazon.co.jp/ | https://www.amazon.co.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.americanexpress.com/ | https://www.americanexpress.com/ | https://www.americanexpress.com/ | https://www.americanexpress.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.ana.co.jp/ | https://www.ana.co.jp/ | https://www.anpost.com/ | https://www.aodos.gr/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.aplus.co.jp/ | https://www.apple.com/ | https://www.apple.com/ | https://www.apple.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.apple.com/ | https://www.apple.com/ | https://www.apple.com/ | https://www.apple.com/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.apple.com/ | https://www.apple.com/ | https://www.apple.com/ | https://www.att.com.mx/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.autoexpreso.com/ | https://www.autopase.cl/ | https://www.autopass.no/ | https://www.bahamas.gov.bs/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.bahrain.bh/ | https://www.bancodevenezuela.com/ | https://www.bancoguayaquil.com/ | https://www.bangkokbank.com/th-TH/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.banorte.com/ | https://www.banorte.com/ | https://www.bca.co.id/ | https://www.bdashipping.bm/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.bdo.com.ph/ | https://www.belpost.by/ | https://www.bk.mufg.jp/ | https://www.booking.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.bpi.com.ph/ | https://www.canada.ca/ | https://www.canada.ca/en/services/taxes.html | https://www.canadapost-postescanada.ca/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.ceskaposta.cz/ | https://www.cjib.nl/ | https://www.claro.com.co/ | https://www.claro.com.pe/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.click-sec.com/ | https://www.commbank.com.au/digital-banking/netbank.html | https://www.coopenae.fi.cr/ | https://www.correiosdeangola.ao/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.correo.com.uy/ | https://www.correos.cl/ | https://www.correos.cu/ | https://www.correos.gob.ni/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.correosdemexico.com.mx/ | https://www.correospanama.gob.pa/ | https://www.cosmote.gr/ | https://www.ctt.pt/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.currimjee.com/our-world/energy/totalenergies | https://www.cypruspost.post/ | https://www.daiwa.jp/ | https://www.deal.matsui.co.jp/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.dgt.es/ | https://www.dhl.com/ | https://www.dhl.com/ | https://www.dhl.com/es-en/home.html |
|---|---|---|---|---|
| Phishing Template Thumbnail |  | | | |

| Official Link | https://www.dhl.com/es-en/home.html | https://www.dhl.com/hu-hu/home.html | https://www.dhl.com/iq-en/home.html | https://www.dhl.com/ma-fr/home.html |
|---|---|---|---|---|
| Phishing Template Thumbnail |  | | | |





| Official Link | https://www.dpd.com/ | https://www.dpd.com/hu/ | https://www.dpd.ie/ | https://www.dskdirect.bg/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.dtac.co.th/ | https://www.dubaipolice.gov.ae/ | https://www.eastwestbanker.com/ | https://www.eir.ie/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.eki-net.com/ | https://www.eki-net.com/ | https://www.emiratespost.ae/ | https://www.e-nexco.co.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.entel.cl/ | https://www.eposcard.co.jp | https://www.eposcard.co.jp/ | https://www.eposcard.co.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |





| Official Link | https://www.eposcard.co.jp/ | https://www.estafeta.com/ | https://www.e-tax.nta.go.jp/ | https://www.etc-meisai.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.etc-meisai.jp/ | https://www.evri.com/ | https://www.family.co.jp/ | https://www.family.co.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |

| Official Link | https://www.fidelity.ca/en/ | https://www.finnair.com/ | https://www.flashexpress.co.th/ | https://www.fukuokabank.co.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.fullcopec.cl/ | https://www.gate.com/ | https://www.ghanapost.com.gh/ | https://www.global.jcb/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.globe.com.ph/ | https://www.gob.pe/ | https://www.gov.co/ | https://www.gov.hk/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.gov.uk/ | https://www.gov.uk/ | https://www.gov.uk/ | https://www.gov.uk/check-state-pension |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.gpo.gov.np/ | https://www.gpost.ge/ | https://www.groupebcp.com/FR | https://www.grupoice.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.hipass.co.kr/ | https://www.hsbc.co.id/ | https://www.hsbc.com.ph/ | https://www.iam.ma/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.indiapost.gov.in/ | https://www.indiapost.gov.in/ | https://www.interactivebrokers.com.sg/ | https://www.interactivebrokers.com/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.interactivebrokers.com/ | https://www.interactivebrokers.com/ | https://www.ipostel.gob.ve/ | https://www.itau.com.br/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.jabank.org/ | https://www.jabank.org/ | https://www.jaccs.co.jp/ | https://www.jaccs.co.jp/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.jcb.co.jp/ | https://www.jcb.co.jp/ | https://www.jcb.co.jp/ | https://www.jreast.co.jp/card/index.html/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.kgm.gov.tr/ | https://www.koreapost.go.kr/ | https://www.kuronekoyamato.co.jp/ | https://www.kuwaitairways.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.laposte.fr/ | https://www.laposte.fr/ | https://www.lapostemonaco.mc/ | https://www.libanpost.com/english/individuals |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.licencia.com.pa/ | https://www.line.me/ja | https://www.linkt.com.au/ | https://www.linkt.com.au/ |
|---|---|---|---|---|
| Phishing Template Thumbnail |  | | | |

| Official Link | https://www.llm.gov.my/ | ttps://www.lner.co.uk/ | https://www.magenta.at | https://www.maldivespost.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail |  | | | |

| Official Link | https://www.maltapost.com/ | https://www.mastercard.co.jp/ | https://www.maya.ph/ | https://www.maya.ph/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.maybank2u.com.my/ | https://www.mercadolibre.com.mx/ | https://www.mizuhobank.co.jp/ | https://www.mizuho-sc.com/index.html |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |





| Official Link | https://www.mobit.ne.jp/ | https://www.mobit.ne.jp/customers/mymobi/index.html | https://www.moi.gov.kw/main/eservices/gdt/violation-enquiry | https://www.moi.gov.kw/main/eservices/gdt/violation-enquiry |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |

| Official Link | https://www.monex.co.jp/ | https://www.mongolpost.mn/ | https://www.movistar.es/ | https://www.myhermes.de/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |

| Official Link | https://www.nampost.com.na/ | https://www.nbk.com/kuwait | https://www.ncbank.co.jp/ | https://www.nhk.or.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.nissenren.co.jp/ | https://www.nissenren-aomori.jp/ | https://www.nzpost.co.nz/ | https://www.nzta.govt.nz/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.omanpost.om/ | https://www.omantel.com/ | https://www.omniva.ee/ | https://www.ontario.ca/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.ooredoo.qa/ | https://www.optus.com.au/ | https://www.orico.co.jp/ | https://www.palpost.ps/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.passtheparcel.co.nz/ | https://www.paypay-bank.co.jp/ | https://www.pbt.nz/ | https://www.plus.pl/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.pnb.com.ph/ | https://www.pocketcard.co.jp/ | https://www.pocztex.pl/ | https://www.pocztex.pl/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.posindonesia.co.id/ | https://www.post.at/ | https://www.post.ch/ | https://www.post.gov.bn/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.post.ir/ | https://www.post.lt/ | https://www.post.lu/ | https://www.post.lu/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.post.ye/ | https://www.posta.ba/ | https://www.posta.co.tz/ | https://www.posta.com.mk/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.posta.md/ | https://www.posta.rs/ | https://www.posta.si/ | https://www.posta.sk/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.posta-romana.ro/ | https://www.postaruba.com/ | https://www.postashqiptare.al/ | https://www.poste.dz/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** |  | | | |

| Official Link | https://www.poste.it/ | https://www.poste.sm/ | https://www.poste.tn/ | https://www.posten.no/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** |  | | | |

| Official Link | https://www.postnord.se/ | https://www.postnord.se/ | https://www.postnord.se/ | https://www.postoffice.co.za/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.proximus.be/ | https://www.ptfss.gov.hk/tc-main.html#/tc-home | https://www.ptt.gov.tr/ | https://www.pttplc.com/th/Home.aspx |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |





| Official Link | https://www.purolator.com/en | https://www.qantas.com/ | https://www.qnb.com.tr/ | https://www.questrade.com/home |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.rakuten.co.jp/ | https://www.rakuten.co.jp/ | https://www.rakuten.co.jp/ | https://www.rakuten-bank.co.jp/account/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.rakuten-sec.co.jp/ | https://www.resonabank.co.jp/ | https://www.resonabank.co.jp/ | https://www.royalmail.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |

| Official Link | https://www.royalmail.com/ | https://www.sagawa-exp.co.jp/ | https://www.saisoncard.co.jp/ | https://www.saisoncard.co.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.saisoncard.co.jp/ | https://www.saisoncard.co.jp/ | https://www.saisoncard.co.jp/ | https://www.saisoncard.co.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |

| Official Link | https://www.samsungpop.com/ | https://www.saudia.com/ | https://www.sbisec.co.jp/ | https://www.sc.mufg.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |

| Official Link | https://www.scotiabank.com.mx/ | https://www.sendle.com/ | https://www.servicesaustralia.gov.au/ | https://www.serviciopostal.gob.ec/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.seychelles-post.com/ | https://www.sfr.fr/ | https://www.shop.post.japanpost.jp/ | https://www.shopyy.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |





| Official Link | https://www.siminn.is/ | https://www.singpost.com/ | https://www.singtel.com/ | https://www.smbc.co.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |

| Official Link | https://www.smbc-card.com/ | https://www.smbc-card.com/ | https://www.smbc-card.com/ | https://www.smbc-card.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |

| Official Link | https://www.smbc-card.com/ | https://www.smbc-card.com/ | https://www.smsaexpress.com/ | https://www.soumu.go.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.stc.com.kw/ | https://www.stc.com.sa/ | https://www.telcel.com/ | https://www.telcel.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.tele2.com/ | https://www.telekom.de/ | https://www.telia.lt/ | https://www.telkom.co.za/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.telkomsel.com/ | https://www.telstra.com.au/plus | https://www.thailandpost.co.th/ | https://www.tiktok.com/ |
|---|---|---|---|---|
| **Phishing Template Thumbnail** | | | | |



| Official Link | https://www.t-mobile.pl/ | https://www.topcard.co.jp/ | https://www.tradeup.com/ | https://www.trading212.com/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www.turkcell.com.tr | https://www.ubs.com/ch | https://www.unionbankph.com/ | https://www.uob.co.th/default-en/index.page |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |







| Official Link | https://www.zampost.com.zm/ | https://www1.micard.co.jp/ | https://www1.micard.co.jp/ | https://www2.uccard.co.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www2.uccard.co.jp/ | https://www3.lifecard.co.jp/ | https://www3.lifecard.co.jp/ | https://www3.vpass.ne.jp/ |
|---|---|---|---|---|
| Phishing Template Thumbnail | | | | |



| Official Link | https://www3.vpass.ne.jp/ | https://www3.vpass.ne.jp/ |
|---|---|---|
| **Phishing Template Thumbnail** |  | |