# Exhibit 1
# (Part 1)

# FIGURE 2



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 2.1**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese (S) into English.

_____
Jacqueline Yorke

Sworn to before me this
November 7, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

4





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure2**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese (S) into English.

_____
Jacqueline Yorke

Sworn to before me this
November 7, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE





# FIGURE 6





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure6**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese (S) into English.

_____
Jacqueline Yorke

Sworn to before me this
November 7, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE



# FIGURE 8

```
1    {
2        "code": 200,
3        "data":
4        {
5            "version": "7.47",
6            "down_link": "                                                    ",
7            "wordpress_down_link": "                                                ",
8            "wordpress_version": "v4.99",
9            "wordpress_down_real_link": "                                                    ",
10           "wordpress_real_version": "v10.11",
11           "wordpress_paypal_down_link": "                    ",
12           "wordpress_paypal_version": "v2.78",
13           "update_info_desc":
14           {
15               "version": "v7.47",
16               "time": "2025-8-7 10:11",
17               "updateTitle": "后台升级, v7.23以下需重装系统",
18               "updateDesc": "",
19               "updateInfo": "\n                            <b style=\"color:red\">后台升级, v7.23以下需重装系统</b><br><br>\n
20           },
21           "update_info":
22           [
23               {
24                   "version": "v7.47",
25                   "time": "2025-8-7 10:11",
26                   "updateTitle": "后台升级, v7.23以下需重装系统",
27                   "updateDesc": "",
28                   "updateInfo": "\n                            <b style=\"color:red\">后台升级, v7.23以下需重装系统</b><br><br>\n
29               },
```



TRANSPERFECT

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure8**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese (S) into English.

_____
Jacqueline Yorke

Sworn to before me this
November 7, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

```
1    {
2        "code": 200,
3        "data":
4        {
5            "version": "7.47",
6            "down_link": "                                                    ",
7            "wordpress_down_link": "                                             ",
8            "wordpress_version": "v4.99                                          ",
9            "wordpress_down_real_link": "                                        ",
10           "wordpress_real_version": "v10.11",
11           "wordpress_paypal_down_link": "                                      ",
12           "wordpress_paypal_version": "v2.78",
13           "update_info_desc":
14           {
15               "version": "v7.47",
16               "time": "2025-8-7 10:11",
17               "updateTitle": "Back-end upgrade  .23 The following requires a system installation ",
18               "updateDesc": "",
19               "updateInfo": "\n                                <b style=\"color:red\">后台升级. v7.23 The following requires a system installation </b><br><br>\n
20           },
21           "update_info":
22           [
23               {
24                   "version": "v7.47",
25                   "time": "2025-8-7 10:11",
26                   "updateTitle": "Back-end upgrade v7.23 The following requires a system installation ",
27                   "updateDesc": "",
28                   "updateInfo": "\n                        <b style=\"color:red\">Back-end upgrade v7.23 The following requires a system installation </b><br><br>\n
29               },
```