# Exhibit 1
# (Part 5)

# FOOTNOTE 68



后面人不歇出，开始着急了，那个时候正好站长借了一个打水的项目，站长也对我挺照顾的，我也跟上道，我经常打的脖子都是特别大的那种，但是1x这个网站属于有点恶心，没事就乱找，让你过x些，那个时候打水的资金都是偷用十百现出来打的，但是我跑上手快，一两个月就快过年了，也赚了几万块，后面慢慢地不管做点别的，本身就是做教育行业出身，想去干点培训，c圈这么缺开发的，没想着到全栈，就想着本来就是做计算机的，还是做计算机吧，就简单了站长的意见。站长也愿意帮我，对我特别好，第一天就上了三个小时，但后连续上课3000个小时左右吧。c圈应该没有这么良心的人了吧，坚持全都上完了，也培了很多学员，从刚开始的小小到后面80个，可能大部分也都是想加入这个圈子来的，不是这么纯，也不是为了学开发，那个时候开始培训班之前，就自己写了一个后台跟前台，也就是我随便删开始发布的那个cashapp的演示，因为我那个老大略做cash的，有人的账号上架转账，标签比较好用，我就只是开发的很不多，后面学员多了，就有个学员叫王思聪，应该大家都认识，让我就不能开发了全子累，说电商市面上没有什么，很多人想做，但后我想着每天上课完也没啥事做，就研究研究吧，但后就从wordpress研究，因为wordpress是php开发的，php我也懂，因为从用站到app例我一块都会，但了就是用真版饭app版，但后就研究了三天，搞定了，但后也就占了一波好利，那个时候很不错，很多人复制我就乱点的东西来卖输入，后面收了一个经果，也是开的相挺升运，住着300平方的大平房，那时收了一般加的那个群有很多人都被骗了，最后才找到的我，很委气，找我对你又给我买了几条和天下，还给我打了几万让我给他定制几个全子，还找我买了电商，c圈随影大信息真的多，我发我特别是老一辈像没用的，是真的有钱，不是交流，就只喜欢用钱给你打交流，不说话。

说判也是没想起一个圈我一起出道的，也是例影群的，BHK投流，妈的之前看不起我，也是最刚开始给他改点东西，改一次50U，他这个b以前做是严的，以致于也特别有钱，现在关系还是挺好，看看我慢慢教他起来，他去年绑人家给板做投流，一个月就赚了几百万，买了房捷了敞实。

所以说各行各业，有气见，自己有主见，小小的圈子也会有给你很多，身边的人也会给你主见，很多小白总觉得很神特别棒样，一下子就能抄几百万几十万，十万不要被人给割个全草了，我特么刚进c圈星点找那个点石还是什么点果着，激我那度，5888学费，还把什么投流之类的，是点被割了，刚开始也蒙，也赚到了很多，让我给铁针么的，说什么诱骗性，这种都是割全率的，你自己有点子想法，诱骗钱为什么要去诱导你，也自己告他的政严发大财不好吗？开工作室批量复制不好吗？为什么要告诉你？

我这把给了很多要找我找钥钥的，说坏欢找我找钥钥，我这大可不必，因为我不割全草，我都是跟他们说的诱骗自，我不能拿给你什么，也不会卖你诱导赚钱，因为你了很多学员后，发现很多人不是来学习的，所以就都他们说了，你们不一定能坚持下来，除了我其中一个学员"我不是小白"，他的能力你们诉诉他们了，第一梯会，一百万，那不是大风刮来的，也是自己慢慢经历，慢慢积累的，反正一上来付我有没有通道之类的，这种小白我是真的拉你被割，站长也跟这种小白说了很多。

因为我只教源码，不玩C，只了解大概玩法，很多人问我，我也是真说我不了解，这是我说一句，我源码无后门，有后门死全家，因为你台子做大了，肯定有人请你，去扫后台，不是别人做鱼，是被别人做了，可能刚开始做源码没有想过有这种问题，不过起过我朋两一年多的经验都没后。

灯塔Lighthouse v2已经很成熟，安全，好用，丝滑

短信费有全球400+通台！

还有最强电商同步系统

要买源码记得找我，报问前论坛来的，享受优惠折扣！

最后感谢站长，感谢跟我的兄弟们，感谢一直投信我的人，我做事光明磊落，问心无愧！

好了，睡了，下次再更新！

王多余 2025/4/25 5:46编辑











**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**post2**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese (S) into English.

_____
Jacqueline Yorke

Sworn to before me this
November 10, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

_____
Stamp, Notary Public



**Forward Forum** | **Forum** | Marketplace | Quality Merchants | Friendly Links | Business cooperation

IT technology — Follow: 312 Contents: 347

**It's been too long since I've been online. Let me summarize what I've encountered in the C-circle community over the past two years.**

Wang Duoyu

Top moderator

Lv 9

Hello everyone, I'm Duoyu! I've been involved in the C-circle for three years now without even realizing it. Thanks to the help of the site administrator, I've been able to achieve what I have today. My first significant earnings came from working with the site administrator, and that's how I met him. I earned twenty to thirty thousand yuan a month doing that work, which was a considerable income for me at that time, especially after my previous business venture failed. Although I could earn ten to twenty thousand yuan a month working a regular job, I hadn't worked a regular job for a long time. After graduation, I've been continuously involved in entrepreneurship. I used to develop websites and software with partners, and I even earned a million yuan a month at one point. I've experienced going from nothing to something, and then back to nothing again, and I've met talented people from all walks of life. But back to the main point, because I'm not satisfied with my current situation, I realized that many cutting-edge technologies are still not feasible, especially in China. So I switched careers and stopped doing development work. I tried other things, and I also asked some friends who were in e-commerce. I thought about going into e-commerce, but my second attempt at entrepreneurship resulted in a loss of 500,000 yuan in just one month. I was devastated. The advertising costs were too high; and I was burning at least 10,000 yuan a day, sometimes 40,000 to 50,000 yuan in advertising fees alone. I simply couldn't afford it. The daily revenue was only one or two thousand yuan, and it was decreasing every day. Later, I learned about Shopee and started selling on that platform. I bought 1200 shops at once and started stocking them with products. But in Southeast Asia, with its cash-on-delivery system, many customers suddenly canceled large orders, and we were too lazy to process returns, so we just threw the goods away. Because we were operating local shops, the profits weren't very substantial. Also, I was ripped off when I bought the shops, and I was paying way too much. Withdrawing money was also a hassle, as there were only a few service providers, and you had to queue up, and the service fees were quite high. I even had over 20,000 yuan that I didn't bother withdrawing. I ended up selling the shops in a bundle at a discounted price.

Top Moderator | Junior Moderator

Wang Duoyu — + Follow
Synchronized source code development and teaching, personal project...

**IT technology**

| Today | Content | Follow |
|-------|---------|--------|
| 0 | 347 | 313 |

**Display space**

The most cost-effective CVV...
Send PayPal KYC account
High survival rate and low price...
Remote control via computer + mobile

200 gold coins each time — Click to buy
GodCheck Global...
National SSN
Individual...
King of involution
CVV
Remote control via
computer + mobile

Then I came across the American e-commerce platform, which was really fun. At first, I tinkered with some small items, but found they didn't sell well. Later, I discovered that selling celebrity merchandise was very profitable, with a 1000% profit margin. These were counterfeit goods; a fan bought from 1688 for 12 yuan could be sold for $80, and a piece of clothing costing 120 yuan could be sold for $400. At its peak, I sold $1000 a day, but withdrawing money was a real pain. Virtual cards were easily blocked, only physical cards were reliable. That's when I learned that some people specialize in carding, and then withdraw the money, which is also a kind of payment channel. Also, that's how I started to understand a little about the carding scene. Then I started searching and learning everything I could. At that time, I had already started using Telegram. I found someone on Tieba (a Chinese online forum), from Guangzhou, who showed me videos of people making cards and directly swiping them, that is, Japanese cards. They said they could swipe millions of Japanese yen in one night. That's when I realized they were playing with carding. Then they asked me if I could do penetration testing, and I said I couldn't. So I went to learn. Coming from a technical background, I learned quickly. I realized that it's difficult to master this kind of thing in less than a year or two, unless you're just a script kiddie. At that time, I already knew a little about C and had joined a forum called "Xiangqian Forum", where I browsed posts daily and learned about various things. Later, he contacted me, saying he had talked to a TK (TikTok) guild about how many gifts to send and how much commission I would get, and asked if I could join. He said he needed to set up the environment, so I went there in person. The first payment went through, but the second one didn't. I stayed there for a month, seeing no progress and just wasting time. While I was there, I also met a boss who was also in the e-commerce business, specifically selling counterfeit luxury bags, each bag costing around $1000-2000. He had a whole cabinet full of real bags, and he took pictures and uploaded them every day. They shipped the goods from a local warehouse, which was faster. At that time, I was shipping from China, and the shipping costs were incredibly expensive. The boss appreciated me and wanted to give me shares to work with him, but I didn't like being managed and preferred my freedom, so I never agreed. During that time, I also met another older brother who drove a Maybach through the e-commerce business. He thought I had a straightforward personality and that I was a good person to befriend, so we met twice in Guangzhou. He was also very good to me. He went to Guangzhou at that time to do the same counterfeit bag business, essentially selling their goods, because we used the cards and SSNs he provided to register our online stores. That's how we met.

He was doing quite well with Amazon at the time, and he was collecting a lot of money. I remember he was collecting cash, like $70,000 to 80,000 a day. That year, he made three or four million just from cash transactions. But I wasn't interested in that at the time, because a guy I knew in Guangzhou who was involved in online gambling told me that you could make millions a month doing that. He knew a lot of people in the online gambling business and told me a lot of stories and examples of successful people. Then he suggested I develop an online gambling platform. I thought, "This platform is so big, how long would it take me to do it alone? I'd have to do all the graphic design and backend development myself". I thought it would take too long, so I decided to just write the code slowly. It took me three months to write it because I hadn't done any development work for two years and had forgotten almost everything. The first country I targeted was the Philippines, but I only had about 100,000 in the account, and I didn't make any money. I just kept maintaining it. Then I switched to Mexico, and I still didn't make any money.  It took me about five months in total, because at that time I actually wanted to develop a project in Yutai. Why? Because I saw someone in the large group on the Xiangqian forum selling a webpage for several thousand yuan. I said, "Why is a webpage so expensive?" We even argued about it. I was so angry that I wanted to create a few for free for everyone to use. Some guys in the group also advised me, saying, "Those who understand, understand". Then, because I was constantly maintaining the platform, it delayed the process. I was so tired of writing code for the platform that I didn't want to do development anymore, because I didn't want to do development in the first place; I just wanted to jump into something else. Seeing no hope, I eventually gave up.

Later, I started running into financial difficulties and began to get anxious. Around that time, the website administrator started a betting arbitrage project, and he was quite supportive of me. I was also quick to learn, and I often placed bets with very high odds. However, the 1x website was a bit shady; they would often withhold winnings and make you go through KYC verification. At that time, the funds I used for betting arbitrage were all obtained through credit card cash advances. But because I learned quickly, within a month or two, it was almost Chinese New Year, and I had already earned tens of thousands of yuan. Afterwards, I started thinking about doing something else. I originally came from the education industry, so I wanted to get some training. The C-circle industry is so short of developers, and I wasn't thinking about making a quick buck. I just thought, since I'm already teaching computer science, I might as well continue teaching computer science. So I asked the website administrator for his opinion, and he was willing to help me. He was incredibly kind to me, took care of me, and helped me promote the course. Initially, I recruited 5 students. At that time, the tuition fee was 5888 yuan. Then I started teaching every day, three hours on the first day, and then continued teaching for about 3000 hours in total. There probably aren't many people this conscientious in the C-circle community anymore. I persevered and completed all the courses, and also recruited many students, from just 5 at the beginning to 80 later on. Most of them probably wanted to join this community and weren't short on money, nor were they primarily interested in learning development. Before starting the training class, I even wrote a backend and frontend myself, which is the CashApp demo I initially posted on my channel. Because an older brother friend works with cash transactions, and people were using phishing scams to steal accounts and transfer money, and the tagging system was quite useful, I had already developed most of it. Later, when I had more students, one of them, Wang Sicong (most people probably know him), asked if I could develop a platform to sell it, saying there wasn't much like it on the e-commerce market and many people wanted to do something similar. So I thought, since I didn't have much to do after classes every day, I might as well research it. Then I started researching WordPress, because WordPress is also developed in PHP, and I understand PHP because I'm proficient in almost everything from websites to apps and to software. The platform I developed had both a web version and an app version. I researched it for three days and got it working. I also benefited from the early adoption advantage. At that time, I didn't understand that many people were copying my channel's content to scam others. Later, I took on a student who drove a Range Rover and a Mercedes S-Class, and who lived in a 300-square-meter luxury apartment. He told me that many people in the group he was previously in had been scammed, and he finally found me. He was very generous; he asked me to be his mentor, bought me several packs of expensive cigarettes, and even gave me tens of thousands of yuan to customize some platforms for him. He also bought an e-commerce platform from me. There are so many hidden big shots in the C-circle (crypto/blockchain community). I found that especially the older generation who do JP (Japanese products) are really wealthy. They don't like to socialize much; they just like to deal with you using money, without any unnecessary talk. Speaking of which, I also remembered someone who started out with me, also from the same group, named KK. He used to look down on me, and at the very beginning, I helped him modify some things, charging 50u each time. This guy used to be involved in illegal activities and was very wealthy back then. We're still on good terms now. He watched me gradually build my business, and last year he did advertising for a company owner, earning millions of yuan in a single month, buying a house and a Porsche Panamera.

So, in every industry, there's luck involved, and you need to have your own opinions. Even a small circle can bring you a lot, and the people around you will also give you advice. Many newcomers think the C-circle community is incredibly lucrative, and that you can make millions or tens of millions instantly. Don't let yourself be scammed! I almost got scammed when I first joined the C-circle community; someone tried to teach me how to resell goods, charging 5888 yuan for tuition, and even asking for some kind of guarantee. I almost got ripped off. When I first started, I encountered many people asking me for money, saying that it was very profitable. These are all scams. Use your brain and think about it for a moment: if it's so profitable, why would they tell you? Wouldn't it be better for them to secretly make a fortune themselves? Wouldn't it be better to set up a studio and mass-produce them? Why would they tell you?

I've also refused many people who wanted to become my apprentices, especially those who said they would take out loans to pay for my mentorship. I told them it wasn't necessary, because I don't exploit people. I'm very clear with them; I can't give you anything, and I won't teach you how to make money. After taking on many students, I realized that many weren't there to learn, so I also told them that they might not be able to persevere. Except for one of my students, "I'm Not a Newbie", whose posts you've probably seen – his first million wasn't easily earned; it was accumulated through experience and hard work. Anyway, those who immediately ask me about shortcuts or easy ways to make money – I'm genuinely afraid they'll get scammed. The website administrator has also told these kinds of newbies a lot of things.

Since I only work on the source code and don't play the game themselves, I only have a general understanding of how it works. Many people ask me questions, and I always honestly tell them I don't know. Let me just say this: my source code has no backdoors. If there are any backdoors, may my whole family die. Because if your platform gets big, someone will definitely try to mess with you and scan your backend. It's not that I'm stealing from others, but that others are stealing from me. Maybe when I first started working on the source code, I didn't think about this kind of problem.

**However, after more than one year of experience and development,**

**Lighthouse v2 is now completely finished, secured, easy to use,**

**and offers seamless SMS functionality with over 400 global front-end interfaces!**

**It also features the strongest e-commerce synchronization system.**

**If you want to buy the source code, remember to contact me and mention that you came from the Xiangqian forum to enjoy a discount!**

**Finally, thank you to the site administrator, my apprentices, and everyone who has always believed in me. I conduct my business openly and honestly, with a clear conscience!**

**Okay, I'm going to sleep now. I'll update again next time!**

Edited by Wang Duoyu on 4/25/2025 at 5:46!



Hidden content requires a reply to view.

Reply









# FIGURE 43





City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 43**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese (S) into English.

Jacqueline Yorke

Sworn to before me this
November 7, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



Wang Duoyu

redundant

Contact me if you want to rent a server

[Lighthouse] SMS Synchronization System (400+ Front-end Clients Globally)

[Lighthouse E-Commerce, Synchronization System (Global)

Securities and parcels, etc., e-commerce has everything

11:25 AM

11: 25 AM