# Exhibit 1
# (Part 6)

FIGURE 44



CoSmile 向前论坛站长
现在谁人不识君！ 老王 王多余

真不认识   9:25 AM

CoSmile 向前论坛站长   群主本人

王多余
真不认识

太低调了，年入千万的大佬，尽然这么低调   9:26 AM

王多余 ✓   多余

CoSmile 向前论坛站长
太低调了，年入千万的大佬，尽然这么低调

年入过亿好吧   edited 9:41 AM



TRANSPERFECT

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure44_2**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese (S) into English.

_____
Jacqueline Yorke

Sworn to before me this
November 7, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

CoSmile 向前论坛站长
现在谁人不识君！老王 王多余
真不认识                          9:25 AM

CoSmile 向前论坛站长 🏅向前论坛          群主本人
王多余
真不认识
太低调了，年入千万的大佬，尽然这么低调  9:26 AM

王多余 ✔️                          多余
CoSmile 向前论坛站长
太低调了，年入千万的大佬，尽然这么低调
年入过亿好吧              edited 9:41AM



9:41 AM

你说的我都差点信我自己了 9:41AM

老大调侃人还是有一手 9:42 AM

9:42 AM



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure44**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese (S) into English.

_____
Jacqueline Yorke

Sworn to before me this
November 7, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public



9:42 AM

**CoSmile 向前论坛站长** 向前论坛    群主本人

> 王多余
> 年入过亿好吧

过亿别人不信，有点夸张，对于你来说，千万绝对信 9:43 AM



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure44_1**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese (S) into English.

Jacqueline Yorke

Sworn to before me this
November 7, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



CoSmile Forum Administrator
Now who doesn't know you! Old Wang, Wang Duoyu

Really don't know

9:25 AM

CoSmile Forum Administrator    CoSmile                    Group Owner

Wang Duoyu
Really don't know

Too humble, a boss with annual income of tens of millions, yet so humble

9:26 AM

Wang Duoyu                                        redundant

CoSmile Forum Administrator
Too humble, a boss with annual income of tens of millions, yet so humble

How about annual income of over a hundred million        edited 9:41 AM





9:42 AM

CoSmile                    Group Owner

Wang Duoyu
Annual income of over a hundred million, sounds good?

Others may not believe in over a hundred million, it's a bit exaggerated. But for you,     9:43 AM
tens of millions is absolutely believable

120

# FOOTNOTE 71





@t.me/quanqiuwaimaijiaoliu你这个频道搜索不到

yingzi
**Lv 1**

打赏 拉黑 举报 8个月前 手机端 51楼 回复 (1)

nutbrownbear: @quanqiuwaimaijiaoliu

1

cos达达尼
**Lv 1**

打赏 拉黑 举报 8个月前 手机端 2楼 回复 (0)

666

Demigod
**Lv 1**

打赏 拉黑 举报 8个月前 手机端 3楼 回复 (0)



1

SIGNATURE ······································································

TG:@Ly8888R_频道:@yoglodnetwork

桃子味
Lv 3
八圈玲珑

打赏　拉黑　举报　8个月前　手机端　4楼　回复 (0)

6

腊月
Lv 2
尊贵·VIP

打赏　拉黑　举报　8个月前　手机端　5楼　回复 (0)

🙏

cococ
Lv 1

打赏　拉黑　举报　8个月前　手机端　6楼　回复 (0)

1

Future.
Lv 1

打赏　拉黑　举报　8个月前　手机端　7楼　回复 (0)



看看

SIGNATURE ··························································································

一个不会联盟营销的广告优化师不是一个好的程序员

史迪仔仔仔仔仔
Lv 3
八圈玲珑

打赏 拉黑 举报 8个月前 手机端 8楼 回复(0)

1111

xiaotaotian
Lv 1
萝莎雷月

打赏 拉黑 举报 8个月前 手机端 9楼 回复(0)

666

陈赫亦
Lv 1

打赏 拉黑 举报 8个月前 手机端 10楼 回复(0)

66

比奇堡章鱼哥
Lv 1

打赏 拉黑 举报 8个月前 手机端 11楼 回复(0)





TRANSPERFECT

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**post1**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese (S) into English.

_____
Jacqueline Yorke

Sworn to before me this
November 10, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public



**Forward Forum**
Return to Homepage | Forum | Marketplace | Quality Merchants | Friendly Links | Business cooperation | Login | Register

Top moderator | Junior Moderator

**Forward Story Club** + Follow  Follow: 184  Contents: 151

My first million in the industry

I entered the industry around 2022. My first pot of gold came through my mentor, Duoyu Wang, who mainly worked on source code. At the time, I was seriously considering programming and coding, and I studied it for a long time. However, the reality was that I was just an average person with no foundation. I would get sleepy after looking at something for 10 minutes. My mentor was very responsible, but I just couldn't learn it. Later, my senior apprentice KK (the big boss), a goofball, who has now been expelled from the group, developed a Telegram member bot.

ru/brownbear
LV 2
Info

mint mobile

Keep your money where it belongs—in your pocket. New customer plans $15/mo. ($45 upfront).

Hidden content requires a reply to view.

Reply

No data available

**Forward Story Club**

Today 0 | Content 151 | Follow 184

Display space          200 gold coins  Click to buy each time

The most cost-effective CVV...    GodCheck Global...
Send PayPal KYC account    National SSN Individual...
High survival rate and low    King of involution CVV
price...    Remote control via computer
Remote control via    ~ mobile phone...
computer ~ mobile phone...    Game top-up and gift card
All databases worldwide...    purchase service

Block  Report  8 months ago  Computer end  Read: 2.1k  1st floor  Reply



@t.me/quanqiuwaimaijiaoliu I can't find this channel.

yingzi

Lv 1

Reward  Block  Report  8 months ago  Mobile end  51st floor  Response (1)

nutbrownbear: @quanqiuwaimaijiaoliu

Reply

1

cos Dardani

Lv 1

Shaofu

Reward  Block  Report  8 months ago  Mobile end  2nd floor  Response (0)

666

Demigod

Lv 1

Shaofu

Reward  Block  Report  8 months ago  Mobile end  3rd floor  Response (0)





**Stitch Boy**
Lv 3

Look at

An ad optimization specialist who doesn't understand affiliate marketing is not a good programmer.

| | Reward | Block | Report | 8 months ago | Mobile end | 8th floor | Response (0) |
|---|---|---|---|---|---|---|---|

**xiaotaotian**
Lv 1
Shaofu

1111

| | Reward | Block | Report | 8 months ago | Mobile end | 9th floor | Response (0) |
|---|---|---|---|---|---|---|---|

**Heyi Chen**
Lv 1

666

| | Reward | Block | Report | 8 months ago | Mobile end | 10th floor | Response (0) |
|---|---|---|---|---|---|---|---|

**Squidward from Bikini Bottom**
Lv 1

66

| | Reward | Block | Report | 8 months ago | Mobile end | 11th floor | Response (0) |
|---|---|---|---|---|---|---|---|

131



IT IS NOT JUST A SPRING   IT IS Lighter, IT IS Smaller: IT IS A WAVE SPRING   ® ROTOR CLIP   Request Samples ›

Please log in before commenting

Login

**Go ahead and smile to money**

Because of our passion, we move forward bravely!