# Exhibit 1
# (Part 7)

# FIGURE 45

134

王多余  admin

灯塔源码，短信/电商搭建部署发信投流一条龙服务！全网最牛逼的防红，欢迎各位来挑战！ @s8888s

11:50 AM



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure45**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese (S) into English.

Jacqueline Yorke

Sworn to before me this
November 7, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public

136

**Wang Duovn**                                                     admin

Lighthouse source code, a one-stop service for SMS/e-commerce setup, deployment and traffic generation. The most awesome anti-red system on the internet, welcome all to challenge it! @s8888s

11:50 AM

# FIGURE 46



如果群内大家有交易需要，可以走担保！

商家业务列表频道: @wojiushixiaobai333

群主TG: @xiaobai77699

2:32 PM

担保规则 ↗

押金商家 ↗

业务合作请联系小白 ↗

八月长期收全球大小景点门票 ↗

booking,trip,agoda日志cookie号专营 ↗

王思聪 各国劫持库鱼 应有尽有 ↗

👍黑缸全球二手料，质量有保障👍 ↗

老王电商源码 ↗



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Translation_Bears**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Jacqueline Yorke

Sworn to before me this
November 5, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public



**If anyone in the group needs to make a transaction, you can use our escrow service!**
**Merchant service list channel: @wojiushixiaobai333**
**Group Owner TG: @xiaobai77699**

2:32 PM

| Escrow Rules ↗ | Verified Merchants (with deposit) ↗ |

For business cooperation, please contact Xiaobai. ↗

Starting in August, long-term purchase of attraction tickets worldwide, big and small. ↗

Specialist in Booking, Trip, Agoda account cookies (with session logs). ↗

Wang Sicong Hijacked databases/accounts from various countries—we have it all! ↗

👍 "Hei Gang" global second-hand data, quality guaranteed. 👍 ↗

Lao Wang E-commerce Source Code ↗

FOOTNOTE 74

Posted on July 02, 2025 at 16:02:42 UTC

✅ 押金商家【已付押金10000U】 @zldfgrw

寻求有缘人 专业快速核销 收购全球各大景点门票
日本迪士尼 大阪环球 新加坡动物园 滨海湾花园 英国 欧州各大景点 法拉利双园等等全球景点门票
欢迎各大工作室合作，只做一手价格👋👋👋 支持各种回款



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Screenshot 2025-11-06 at 5.04.48 PM**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese (S) into English.

Jacqueline Yorke

Sworn to before me this
November 10, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public

Posted on July 02, 2025 at 16:02:42 UTC

 Merchant with deposit [Deposit paid: 10,000U] @zldfgrw¶

Seeking a professional and efficient agent to quickly reissue and purchase
tickets from major tourist attractions worldwide.¶
Tickets for major attractions worldwide, including Japan Disneyland, Osaka Universal Studios, Singapore Zoo, Gardens by the Bay, major
European attractions in the UK, Ferrari World, Ferrari World, and more.  We welcome collaborations with studios; we offer only
first-hand prices 👍👍👍 and support all payment methods.¶

FOOTNOTE 75

Posted on June 13, 2025 at 19:33:11 UTC

原青桔社区CVV被举报了 @seven7zai1 号没了，认识的朋友联系下你们的老宝贝 @seven7zai 备用tg @seven7zai2
主要业务:

1 日本小弟200+，自营一手会社收货
2 轨道 欧洲各国一手扫货 取现
3 长期寻3Dlink，大通道主来对接
4 基站长年出租
5 长年提供各个平台店铺可c
6 香港 台湾 马来 越南日本 泰国 欧洲各国常年有人 有业务都可以来聊



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Screenshot 2025-11-06 at 5.05.28 PM**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese (S) into English.

_____
Jacqueline Yorke

Sworn to before me this
November 10, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

**Posted on June 13, 2025 at 19:33:11 UTC**

The original Qingju Community CVV account has been reported. @seven7zai1's account is gone. If you know the account, please contact your old friend @seven7zai. Backup Telegram account: @seven7zai2. Main business:

1 200+ Japanese junior staff, directly received goods from the company.

2 European countries on rails are snapping up goods and cashing them out.

3 Looking for 3DLink in the long term; major channel providers are looking to connect.

4 Base station leased for years

5 Providing store access to various platforms year-round

6 People from Hong Kong, Taiwan, Malaysia, Vietnam, Japan, Thailand, and European countries are welcome to come and discuss business.