# Exhibit 1
# (Part 8)

# FIGURE 49





City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 49**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese (S) into English.

Jacqueline Yorke

Sworn to before me this
November 10, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE



# FIGURE 50



灯塔自助商店|Lighthouse Shop
bot

A文 Translate to English

短信同步系统 10:54 AM ✓✓

请选择商品（短信类包括邮件） 10:54 AM

商品简介 ↗

短信同步系统-周卡 88USDT

短信同步系统-月卡 199USDT

短信同步系统-季卡 488USDT

短信同步系统-年卡 1588USDT

短信同步系统-永久 2888USDT

Write a message...

短信同步系统 | 电商同步系统

返回首页



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 50**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese (S) into English.

_____
Jacqueline Yorke

Sworn to before me this
November 10, 2025

_____
Signature, Notary Public

> **WENDY POON**
> Notary Public - State of New York
> No. 01PO0000184
> Qualified in Queens County
> My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

