# Exhibit 2
# (Part 1)

Original Versions

Screenshot 1 (Original Version - Mandarin)



Screenshot 2 (Original Version - Mandarin)



永久授权是2888usdt  edited 3:27 PM

你需要哪种?  3:27 PM

SMS  3:27 PM

我需要购买更多 USDT。TRX 可以吗?  3:28 PM

Trx?  3:28 PM

王多余
一个月是199usdt 永久...
SMS  3:28 PM

SMS
Yes  3:28 PM

Tron USDT  3:29 PM

Tron USDT
Yes  3:29 PM

你有多少USDT  3:29 PM

好的。我会把交易详情发给你。然后你能提供一个链接吗?  3:30 PM

可以  3:30 PM

王多余
你有多少USDT
现在300U  3:30 PM

300U 买不了永久授权  3:31 PM

永久授权需要2888u  3:31 PM

我会得到更多U  3:31 PM

你是应该想买永久授权是吗  3:32 PM

王多余
你是应该想买永久授权是吗
是的  3:32 PM

Ok  3:34 PM

因为我的外国友人都是购买的永久版本  edited 3:34 PM

我会得到更多U
需要多  3:35 PM

Screenshot 3 (Original Version - Mandarin)



因为我的外国友人都是购买的永久版本 *edited 3:34 PM*

我会得到更多U
需要多久 3:35 PM

**July 15**

你好兄弟，你需要多长时间来准备钱 10:40 AM

我把美元转到 Coinbase。需要 24 小时才能拿到。 12:53 PM

好的，coinbase 支持美元兑换成USDT? 12:55 PM

是的 12:55 PM

那挺好的 12:56 PM

我要去哪里下载短信版本? 12:57 PM

到时候我会发给你教程 12:57 PM

我整理一个 英文版的教程发给你 12:57 PM

好的 12:57 PM

王多余
我整理一个 英文版的教...
谢谢 12:58 PM

这不是魔法猫吧? 12:59 PM

不是 12:59 PM

**July 16**

你这边准备好了吗? 11:36 AM

**July 17**

Bro 还需不需要购买? 4:23 AM

Posted on February 25, 2025 at 17:52:48 UTC

▶️地址：███████████████;YTZ
▶️USDT余额：8455.888033 trx余额：155.297755
▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬
▶️地址创建时间：2023-01-01 08:44:42
▶️最后交易时间：2025-02-25 15:46:21
▶️最近50笔交易统计
-出：4次 金额：9389.0U
-入：46次 金额：17370.300000000003U 4:31 PM

Screenshot 4 (Original Version - Mandarin)



Screenshot 5 (Original Version - Mandarin)



Screenshot 6 (Original Version - Mandarin)



Screenshot 7 (Original Version - Mandarin)



Screenshot 8 (Original Version - Mandarin)



Screenshot 9 (Original Version - Mandarin)



Screenshot 10 (Original Version - Mandarin)



**August 14**

是的，但我正在搭建一个WordPress电商网站，而不是SMS。你们有WordPress搭建教程吗？  10:47 AM ✓✓

也有  10:47 AM

Wordpress钓鱼的是1288usdt一套  10:48 AM

https://t.me/laowang_notice/33

**Telegram**
【灯塔】老王同步源码
【灯塔 Lighthouse V2】最强 电商实时同步演示 以及 最新后台功能演示
...

10:48 AM

是的，1288 USDT. 我担心我不知道如何配置 wordpress 插件。  10:50 AM ✓

lighthouse如何连接Wordpress中的插件？  10:52 AM ✓

这对我来说是一大笔钱。我想知道它是否有效。  10:53 AM ✓

我需要一个有效的 Woo 或 Stripe 帐户才能使插件正常工作吗？  10:54 AM ✓

12

Screenshot 12 (Original Version - Mandarin)



是的，1288 USDT. 我…
会有完成的教程    11:00 AM

你可以购买后，我发送教程给你    11:00 AM

您能否给我一个试用许可证，试用期为一天甚至几个小时，以便我知道我
是否能够成功使用它？    11:01 AM ✓✓

没有    11:01 AM

11:02 AM ✓✓

有周卡    11:03 AM

周188usdt 月400u 永久1288usdt    11:03 AM

看你怎么选择    11:03 AM

我至少可以在付款之前获得 Worpress 设置教程吗？    11:08 AM ✓✓

不能    11:08 AM

Screenshot 14 (Original Version - Mandarin)



我可以获得 SMS 和 Wordpress 的许可证吗? 还是需要单独下载两个? 11:58 AM

可以 12:00 PM

两个激活码 12:00 PM

这是两个价格 12:00 PM

Sms类的 永久2888u
电商类的1288u 12:00 PM

但只需一次下载? 只需一个平台? 12:02 PM

对的 12:02 PM

只是模板不同还是有其他 SMS 特定功能? 12:03 PM

Sms有短信的功能 12:05 PM

Sms的模板不同 12:06 PM

14

Screenshot 1A (Original Version - Mandarin)
This is a screenshot of the picture sent in a message on page 3 of this exhibit.



Screenshot 4A (Original Version - Mandarin)

This is a screenshot of a picture sent in a message on page 6 of this exhibit.



Screenshot 4B (Original Version - Mandarin)
This is a screenshot of a picture sent in a message on page 6 of this exhibit.



Screenshot 4C (Original Version - Mandarin)
This is a screenshot of a picture sent in a message on page 6 of this exhibit.



Screenshot 4D (Original Version - Mandarin)
This is a screenshot of a picture sent in a message on page 6 of this exhibit.

Screenshot 4E (Original Version - Mandarin)
This is a screenshot of a picture sent in a message on page 6 of this exhibit.



<u>Screenshot 5A (Original Version - Mandarin)</u>
This is a screenshot of a picture sent in a message on page 7 of this exhibit.



Screenshot 5B (Original Version - Mandarin)
This is a screenshot of a picture sent in a message on page 7 of this exhibit.



Screenshot 7A (Original Version - Mandarin)

This is a screenshot of a picture sent in a message on page 9 of this exhibit.



Screenshot 7B (Original Version - Mandarin)

This is a screenshot of a picture sent in a message on page 9 of this exhibit.



24

<u>Screenshot 8A (Original Version - Mandarin)</u>
This is a screenshot of a picture sent in a message on page 10 of this exhibit.



Screenshot 8B (Original Version - Mandarin)
This is a screenshot of a picture sent in a message on page 10 of this exhibit.



Screenshot 9A (Original Version - Mandarin)
This is a screenshot of the picture sent in a message on page 11 of this exhibit.

