# Exhibit 3

The @LighthouseShopBot Telegram bot allows Lighthouse users to purchase easily temporary or permanent licenses to various Lighthouse software versions, access tutorials, top up and check their USDT balances, and contact Wang Duo Yu.

This Exhibit provides a decision tree that shows the different options and sub-options available to users of the bot as of August 21, 2025. It is supported by Figures 49, 50, 52, and 53 in the declaration it is attached to and by Naxo's additional investigation of the @LighthouseShopBot Telegram bot.

