```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
GOOGLE LLC,

                    Plaintiff,

         -against-                                    25-cv-9421 (LAK)

JOHN DOES 1-25,

                    Defendants.
------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/25

## NOTICE

LEWIS A. KAPLAN, *District Judge.*

       Defendants are advised that one of the plaintiff's attorneys, Laura Harris, served a number of years ago as one of the law clerks to the undersigned.

Dated:  November 12, 2025

                                                                                   _____
                                                                                       Lewis A. Kaplan
                                                                     United States District Judge