USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/25/25__

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GOOGLE LLC, | |
| *Plaintiff,* | Civil Action No.: 1:25-cv-09421-LAK |
| v. | |
| DOES 1–25, | |
| *Defendants.* | |

### ORDER REGARDING SERVICE OF SUMMONS

Upon consideration of Google LLC's ("Google") motion to issue a summons upon the Doe Defendants, it is hereby **ORDERED** that Google's motion is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of the Court is to issue one summons to Does 1–25 for Google to serve on Defendants.

**SO ORDERED.**

Dated:      25 November 2025
             New York, New York

_____
Victor Marrero
United States District Judge