USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/25/25___

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GOOGLE LLC,<br><br>       *Plaintiff,*<br><br>v.<br><br>DOES 1–25,<br><br>       *Defendants.* | Case Action No.: 1:25-cv-09421-LAK |

**ORDER GRANTING**
**PLAINTIFF'S MOTION TO REDACT CERTAIN IDENTIFYING INFORMATION**

Upon consideration of Google LLC's ("Google") motion to file certain documents with redactions protecting the names and identifying information of Google's declarants, and the Court having found that there are legitimate confidentiality concerns which warrant the relief sought, and for good cause shown, it is hereby,

**ORDERED** that Google's motion is GRANTED.

**IT IS FURTHER ORDERED** that the following documents filed in support of the Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause shall be filed in redacted form on the Court's docket:

(1)     a copy of Plaintiff's Memorandum of Law in Support of its Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause;

(2)     a copy of Naxo's Declaration in Support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause and accompanying appendices and exhibits;

(3)     a copy of Google's Declaration in Support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause;

(4)    a copy of the Declaration of Laura Harris in Support of its Motion for an

*Ex Parte* Temporary Restraining Order and Order to Show Cause.

**SO ORDERED.**

Dated:        25 November 2025
              New York, New York

_____
                    Victor Marrero
              United States District Judge